UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search of ) | |
| Golden Key Tax Service ) | No. 2:08mj12-CSC |
| 409 South Jackson Street, ) | |
| Montgomery, Alabama 36104 ) | |

## MOTION TO SEAL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and moves this Court to seal the Affidavit submitted in support of the Application and Affidavit for Search Warrant in the above captioned case. There is an ongoing investigation in this case, and making the Affidavit accessible to the public would compromise that investigation, as well as the safety of the law enforcement officers involved.

LEURA G. CANARY
UNITED STATES ATTORNEY

Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104-3429
Tel: (334) 223-7280
Fax: (334) 223-7560
Email: nathan.stump@usdoj.gov