UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Search of<br>Golden Key Tax Service<br>409 South Jackson Street,<br>Montgomery, Alabama  36104 | )<br>)   No. 2:08 mj 12-CSC<br>)<br>) |

### ORDER TO SEAL AFFIDAVIT

On motion of the United States Attorney and for good cause shown, the Clerk of Court is directed to file under seal the Affidavit submitted in support of the Application and Affidavit for Search Warrant in this case.

SO ORDERED this 22nd day of February, 2008.

HON. CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE