IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: THE MATTER OF ) | | |
| THE SEARCH OF ) | CASE NO.: | 2:08mj12-CSC |
| ) | | |
| GOLDEN KEY TAX SERVICE ) | *CASE UNDER SEAL* | |

## MOTION TO RETURN SEIZED PROPERTY

COMES NOW Shannon Nelson, as the sole member of Golden Key Tax Service, by and through counsel, and moves this Court pursuant to Fed.R.Crim.P., Rule 41(e)(g) and Title 18 § 3114, U.S.C. to return property seized on or about February 19, 2008, and assigns the following grounds:

1.  Shannon Nelson is the president and owner of Golden Key Tax Service, located at 409 South Jackson Street, Montgomery, Alabama, 36104.

2.  On or about February 19, 2008, a search was conducted at the address of Golden Key Tax Service by special agents of the Internal Revenue Service pursuant to a search warrant, a copy of which is marked Exhibit A, attached hereto and specifically incorporated herein by reference.

3.  Said search warrant was overly broad and requested virtually each and every business record and document of Golden Key Tax Service.

4.  No affidavit accompanied said search warrant.

5.  A copy of the inventory of items seized is marked Exhibit B, attached hereto and specifically incorporated herein by reference.

6.  The seizure of said business and personal records prevents the business from being able to conduct any lawful business, make proper payroll payments, prepare and file

reasonable and adequate state and federal payroll taxes or other required filings or to otherwise conduct the lawful business of preparing and filing state and federal income tax returns for citizens and patrons. Your petitioner is a person aggrieved by the deprivation of property.

7.  The absence of such paperwork, documents and items seized work an extreme hardship upon Ms. Nelson and Golden Key Tax Service.

8.  The documents seized are vital and necessary for the proper conducting of business and accounting to state and federal officials and the seizure of documents and evidence materially aggrieves your petitioner.

9.  Your petitioner agrees to retrieve the property under such reasonable conditions as are imposed by this Court, including but not limited to copying said documents at her own expense at a time and place convenient to the United States Government.

Respectfully submitted this the 3rd day of March, 2008.

/s/ George L. Beck, Jr.
GEORGE L. BECK, JR. (BEC011)

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8002
Facsimile: (334) 241-8202
Email: glb@chlaw.com

# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| **In the matter of the Search of**<br>(Name, address or brief description of person, property or premises to be searched)<br>**Golden Key Tax Service**<br>**409 South Jackson Street**<br>**Montgomery, AL 36104** | **SEARCH WARRANT**<br><br>CASE NUMBER: |

TO: ____John C. Norris_____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _John C. Norris, IRS Special Agent,_____ who has
Affiant

reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**See Attachment A**

in the ____Middle_____ District of _____Alabama_____ there is now

concealed a certain person or property, namely (describe the person or property)

**See Attachment B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___February 25, 2008___
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___Charles S. Coody_____ as required by law.
U. S. Judge or Magistrate Judge

___February 15, 2008 at 2:15 p.m.___ at ___Montgomery, Alabama___
Date and Time Issued                                      City and State

CHARLES S. COODY, U.S. Magistrate Judge            _____
Name & Title of Judicial Officer                               Signature of Judicial Officer

**EXHIBIT A**

**Attachment A**

Description of location to be Searched:

GOLDEN KEY TAX SERVICE
409 South Jackson Street
Montgomery, Alabama 36104

GOLDEN KEY TAX SERVICE is located on the first floor of the multi-story brick building located at 409 South Jackson Street, in Montgomery, Alabama. There is now a banner located on the awning above the door to GOLDEN KEY TAX SERVICE. The banner has the name GOLDEN KEY TAX SERVICE in bold letters. The door to the tax service is the door directly to the right of the Barber's Pole seen in this picture.



# ATTACHMENT B
# ITEMS TO BE SEIZED

The property and records to be searched and seized are relative to the tax years 2005, 2006 and 2007. The specific property to be seized is further described in the following paragraphs:

1. All files, lists, names and Social Security numbers of individuals or other data reflecting identity information for employees, employers, customers, dependents, or business associates involved with SHANNON NELSON or GOLDEN KEY TAX SERVICE, to include computer programs, software and the contents therein, storage disk and devices.

2. Documents and records related to the preparation of W-2 forms to include completed and blank form W-2s, social security cards, birth certificates, driver's licenses, identification cards, and address information for the 2005, 2006 and 2007 tax years.

3. Instruments that can be used to produce W-2s to include all word processors, computers, printers, facsimile machines, ink cartridges, cassettes, or ribbons pertaining thereto.

4. All IRS forms and related information documents.

5. Originals and copies of Federal Income Tax Returns (Forms 1040, 1040EZ, 1040A, for tax periods 2005, 2006 and 2007), state income tax returns, together with all forms, schedules, and attachments thereof, including but not limited to Form 8863 (Education Credits), Forms W-2 (Wage and Tax Statement), Forms 1099, Forms Earned Income Credit (EIC), tax return preparation work papers, completed tax returns, drafts of tax returns, or any other documentation relating to the preparation of income tax records and returns relating to the 2005, 2006 and 2007 tax periods.

ATTACHMENT B
ITEMS TO BE SEIZED

6. Papers, documentation, and statements concerning Accelerated Check Refund (ACR), Refund Anticipation Loan (RAL), or Assisted Direct Deposit (ADD) for the 2005, 2006, and 2007 tax periods.

7. All Refund Anticipation Loan checks, prepaid credit cards, or copies of same.

8. All information to, from, or pertaining to any Refund Anticipation Loan financial institution.

9. Any other documents or records that show the identity, address, social security number, phone number or any other personal and/or financial data concerning any and all employees, customers or clients for or by whom the 2005, 2006, and 2007 tax returns were prepared or concerning persons being claimed as dependents on their 2005, 2006 or 2007 tax returns, any other individuals working out of the premises to be searched.

10. Any documentation including degrees, certificates, and honorary credentials indicating training and education received by any officer or employee or associate of GOLDEN KEY TAX SERVICE, or any other individuals working out of the premises to be searched.

11. Books, pamphlets or any other literature related to income tax laws or accounting services or any other documents that may indicate knowledge of the U.S. Tax Code by any persons working out of the premises to be searched.

12. Any and all materials, papers and correspondence related to tax preparation work or seminars attended.

## ATTACHMENT B
## ITEMS TO BE SEIZED

13. All correspondence relating to the preparation of tax returns for the 2005, 2006, and 2007 tax years, including correspondence with the Internal Revenue Service relating to tax returns and tax inquiries.

14. All corporate bookkeeping records and other financial records including trial balances, General ledgers, General journals, subsidiary ledgers and journals, disbursement records and/or Journals, Accounts Payable Ledgers and records, Payroll records, Loan Receivables and Payable ledgers and cash disbursement journals for the following entity: GOLDEN KEY TAX SERVICE.

15. Typewriters, typewriter ribbons, faxes, e-mails, digital cameras and pictures relating to the preparation of 2005, 2006, and 2007 tax returns or any supporting forms or schedules.

16. All phone records and address books, or any other records/documents containing names, addresses, and/or phone numbers.

17. Any records or other documents, bank statements, bank deposit tickets, cancelled checks, check registers, letters of credit, loan records, reconciliations, and other records of receipts, dispositions, and disbursements of funds which may, in any way, be related to the generation of fee income, dispositions of such income, purchases of equipment and supplies, commissions, or other transactions involving the preparation of 2005, 2006, and 2007 tax returns and any related services.

18. Records of any payments made by officers, employees, or associates of GOLDEN KEY TAX SERVICE to any recruiters, employees, independent contractors, or associates concerning the preparation and/or presentation or transmission of 2005, 2006, and 2007 tax returns.

ATTACHMENT B
ITEMS TO BE SEIZED

19. Client files of SHANNON NELSON or GOLDEN KEY TAX SERVICE, correspondence, business cards, notes, and any other types of information related to clients and the preparation of their tax returns.

20. Client lists of SHANNON NELSON or GOLDEN KEY TAX SERVICE in any form, including lists of telephone numbers, addresses, and forms of identification such as driver's licenses, and social security numbers.

21. Financial records and bank records from January 1, 2005 through present pertaining to SHANNON NELSON or GOLDEN KEY TAX SERVICE, or any other entity and or individual working out of the premises to be searched, including but not limited to any original records or duplicates thereof reflecting expenses paid for, including labor expenses, or payments made to SHANNON NELSON or GOLDEN KEY TAX SERVICE, as well as any original records or duplicates reflecting assets, liabilities, and/or levels of income pertaining to SHANNON NELSON or GOLDEN KEY TAX SERVICE, or any other entity and/or individual working out of the premises to be searched.

22. The above-described information that may be stored on computer storage media. This includes information stored on computer hard drives, diskettes, tapes, CD-ROM, or any other media capable of storing information in a form readable by a computer. This also includes all copies of the information described above that may be maintained as archive or backup copies.

The agents searching for such information are authorized to search any desktop, other "personal computer" or PC located on the premises and to copy all above-described information stored on such computer. The Computer Investigative Specialist will not disclose the content of any file not covered under the warrant to the investigators.

## ATTACHMENT B
## ITEMS TO BE SEIZED

In the event that the agents cannot, for technical reasons, obtain access to any subject computer or cannot search for or copy information contained on that computer, the agents are then authorized to seize such computer and remove it to a laboratory setting for a sufficient period of time to obtain access to, search for, and recover the files and financial records described above. In addition, if the files and records described above cannot be read and understood without the software or programs that created those files or records, the agents are authorized to seize such software and any documentation and manuals that describe the software and give instruction on its installation and use.

## Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:** Golden Key Tax Service
409 South Jackson Street
Montgomery, AL 36104

**Investigation Number:** 1000215512
**Starting Date and Time:** 02/19/2008 11:26 AM
**Ending Date and Time:** 02/19/2008 02:26 PM

**Report Date:** Tuesday, February 19, 2008

---

**Control #:** 1
**Location:** Back Room
**Found:** File Cabinet
**Description:** Seized Per Warrant — Client Folders Aldrichs - Fisher
**Evidence Box:** 1
**Locator Code:**

---

**Control #:** 2
**Location:** Back Room
**Found:** File Cabinet
**Description:** Seized Per Warrant — Client Folders Floyd - Howard
**Evidence Box:** 2
**Locator Code:**

---

**Control #:** 3
**Location:** Back Room
**Found:** File Cabinet
**Description:** Seized Per Warrant — Client Folders Howard - Means
**Evidence Box:** 3
**Locator Code:**

---

**Control #:** 4
**Location:** Back Room
**Found:** File Cabinet
**Description:** Seized Per Warrant — Client Folders Means - Ross
**Evidence Box:** 4
**Locator Code:**

---

**Control #:** 5
**Location:** Back Room
**Found:** File Cabinet
**Description:** Seized Per Warrant — Client Folders Powell - Wheeler
**Evidence Box:** 5
**Locator Code:**

---

**Control #:** 6
**Location:** Front Room
**Found:** Under Desk 3
**Description:** Seized Per Warrant — Client Files
**Evidence Box:** 7
**Locator Code:**

---

**Control #:** 7
**Location:** Back Room
**Found:** On Table
**Description:** Seized Per Warrant — 2007 Client Folder for Juanita Reese
**Evidence Box:** 8
**Locator Code:**

---

Inventory made by: [signature] Loyas Clark, SA   Case Agent: [signature] John C. Norris

Copy of Inventory & Warrant left with Shannon Nelson by SA John Norris   signed [signature]

Page 1 of 4

EXHIBIT B

| | | | |
|---|---|---|---|
| Control #: | 8 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | File Cabinet | | |
| Description: | Seized Per Warrant   Client Files Wheeler - Zeigler | | |

| | | | |
|---|---|---|---|
| Control #: | 9 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | On Table | | |
| Description: | Seized Per Warrant   2007 Form 1040 For Isaac Sager | | |

| | | | |
|---|---|---|---|
| Control #: | 10 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Computer Desk near ATM | | |
| Description: | Seized Per Warrant   ATM Manuals, receipts, software | | |

| | | | |
|---|---|---|---|
| Control #: | 11 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Portable Safe on flr near file cabinet | | |
| Description: | Seized Per Warrant   Taxwise Software 2007 | | |

| | | | |
|---|---|---|---|
| Control #: | 12 | Evidence Box: | 8 |
| Location: | Front Room | Locator Code: | |
| Found: | Desk 4 | | |
| Description: | Seized Per Warrant   Tikets for customer drawing | | |

| | | | |
|---|---|---|---|
| Control #: | 13 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Portable Shredder on Flr under table | | |
| Description: | Seized Per Warrant   Partial shredded 2007 Form 1040 for Alania Townsend | | |

| | | | |
|---|---|---|---|
| Control #: | 14 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Floor under table | | |
| Description: | Seized Per Warrant   Envelope with EIN Lists | | |

| | | | |
|---|---|---|---|
| Control #: | 15 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Computer Table near ATM in wire basket | | |
| Description: | Seized Per Warrant   Cash works receipts  HSBC Check to Phillip Jackson | | |

| | | | |
|---|---|---|---|
| Control #: | 16 | Evidence Box: | 8 |
| Location: | Front Room | Locator Code: | |
| Found: | Desk 4 on top of desk | | |
| Description: | Seized Per Warrant | Customer sign in sheets, 2x negotiated SBBT checks, RAL paperwork (carbons); '07 completed Tax return for Ruth Kemp, Misc. other related docs | |

| | | | |
|---|---|---|---|
| Control #: | 17 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Portable Safe on flr near file cabinet | | |
| Description: | Seized Per Warrant | Cancelled Refund Checks | |

| | | | |
|---|---|---|---|
| Control #: | 18 | Evidence Box: | 8 |
| Location: | Front Room | Locator Code: | |
| Found: | Desk 4 on top of desk - fax machine side | | |
| Description: | Seized Per Warrant | Fax error reports, Blank Cust. Info sheets, clients agreement, W-2's | |

| | | | |
|---|---|---|---|
| Control #: | 19 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Folding table in corner | | |
| Description: | Seized Per Warrant | Orange folder with 2006 Form 40 for Abbey Goodman | |

| | | | |
|---|---|---|---|
| Control #: | 20 | Evidence Box: | 8 |
| Location: | Front Room | Locator Code: | |
| Found: | Desk 4 under desk | | |
| Description: | Seized Per Warrant | Customer file, employment application, Misc., other tax related docs. | |

| | | | |
|---|---|---|---|
| Control #: | 21 | Evidence Box: | 8 |
| Location: | Front Room | Locator Code: | |
| Found: | Desk 4 on top of desk | | |
| Description: | Seized Per Warrant | Multiple Birth certificates, client files and other misc tax docs | |

| | | | |
|---|---|---|---|
| Control #: | 22 | Evidence Box: | 8 |
| Location: | Back Room | Locator Code: | |
| Found: | Computer table near ATM | | |
| Description: | Seized Per Warrant | IRS Rejection / Acknowledgement Reports | |

| | | | |
|---|---|---|---|
| Control #: | 23 | Evidence Box: | 8 |
| Location: | Front Room | Locator Code: | |
| Found: | Desk 3 under desk | | |
| Description: | Seized Per Warrant | EIN List; Business code list; client agreements; post it notes w/phone numbers, brochure | |

| Control #: | 24 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 4 - trash can | | | |
| Description: | Seized Per Warrant | Frank Holmes hand written letter social security card copy declined cash receipt | | |

| Control #: | 25 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 2 on & beside desk | | | |
| Description: | Seized Per Warrant | Customer Info Sheet; IRS Code on Sch. C; business code list; EIN List; client files | | |

| Control #: | 26 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 2 right side of desk | | | |
| Description: | Seized Per Warrant | Client files | | |

| Control #: | 27 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 2 right side of desk | | | |
| Description: | Seized Per Warrant | Client files | | |

| Control #: | 28 | | Evidence Box: | 10 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 1 on top & underneath desk | | | |
| Description: | Seized Per Warrant | Various tax files, disk & other tax information | | |

| Control #: | 29 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 4 | | | |
| Description: | Seized Per Warrant | Fax machine journal Password & codes on post it note on fax | | |

| Control #: | 30 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 3 | | | |
| Description: | Seized Per Warrant | Image of Dell Optiplex GX260 Serial # D06LS11 | | |

| Control #: | 31 | | Evidence Box: | 0 |
|---|---|---|---|---|
| Location: | Front Room | | Locator Code: | |
| Found: | Desk 2 | | | |
| Description: | Seized Per Warrant | Image of Emachine W3644 Serial #: XC67B40009270 | | |