IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: THE MATTER OF | ) | |
| THE SEARCH OF | ) | CASE NO.: 2:08mj12-CSC |
| | ) | |
| GOLDEN KEY TAX SERVICE | ) | *CASE UNDER SEAL* |

**RECEIVED** 2008 MAR -4 P 2: 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

COME NOW George L. Beck, Jr. and Terrie S. Biggs of the law firm of Capell & Howard, P.C., and enter their Notice of Appearance as counsel for Golden Key Tax Service and Shannon Nelson in the above-styled cause.

Respectfully submitted this the 4th day of March, 2008.

/s/ George L. Beck, Jr.
GEORGE L. BECK, JR. (BEC011)
TERRIE S. BIGGS (BIG006)

OF COUNSEL:
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8002
Facsimile: (334) 241-8202
Email: glb@chlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing upon all counsel of record listed hereinbelow, placing a copy of same in the United States mail, postage prepaid and properly addressed, this the 4th day of March, 2008:

  Louis V. Franklin, Sr.
  Chief Assistant U.S. Attorney
  Post Office Box 197
  Montgomery, AL  36104-0197

/s/ George L. Beck Jr.
OF COUNSEL

1114841.doc

2