IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: THE MATTER OF ) | |
| THE SEARCH OF ) | |
| ) | CR. NO. 2:08mj12-CSC |
| ) | |
| GOLDEN KEY TAX SERVICE ) | |

**O R D E R**

Upon consideration of the motion to return seized property (doc. # 6), it is

ORDERED that the United States shall show cause on or before March 19, 2008, why the motion should not be granted.

Done this 5th day of March, 2008.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE