IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: THE MATTER OF THE ) | |
| SEARCH OF ) | |
| ) | CR. NO. 2:08MJ12-CSC |
| ) | |
| GOLDEN KEY TAX SERVICE ) | |

## **ORDER**

Upon consideration of the motion to return seized property (doc. # 6) filed by Golden Key Tax Service, it is

ORDERED that the motion be and is hereby set for argument on April 3, 2008, at 3:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. Counsel are DIRECTED to meet and confer not later than April 1, 2008, to attempt in good faith to reach an agreement about a resolution of this motion without judicial intervention.

Done this 21st day of March, 2008.

           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE