**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| IN RE:  THE MATTER OF | ) | |
| THE SEARCH OF | ) | CASE NO.:   2:08mj12-CSC |
| | ) | |
| GOLDEN KEY TAX SERVICE | ) | *CASE UNDER SEAL* |

**MOTION TO CONTINUE**

COMES NOW Shannon Nelson, as the sole member of Golden Key Tax Service, by and through counsel, and with consent of the Government, and files this Motion to Continue the hearing set for today, April 3, 2008, at 3:00 p.m. pending settlement negotiations.

Respectfully submitted this the 3rd day of April, 2008.

/s/ George L. Beck, Jr.
GEORGE L. BECK, JR.
TERRIE S. BIGGS

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:  (334) 241-8002
Facsimile:  (334) 241-8202
Email:  glb@chlaw.com
Email:  tsb@chlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 3rd, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Nathan D. Stump
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104-3429
    Email: nathan.stump@usdoj.gov


                /s/ George L. Beck, Jr.
                OF COUNSEL