IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: THE MATTER OF | ) | |
| THE SEARCH OF | ) | |
| | ) | CR. NO. 2:08mj12-CSC |
| | ) | |
| GOLDEN KEY TAX SERVICE | ) | |

**O R D E R**

Upon consideration of the motion to continue oral argument on the motion to return

seized property (doc. # 11), it is

ORDERED that the motion to continue be and is hereby GRANTED.  It is further

ORDERED that oral argument on the motion to return seized property be and is here

RESET to 10:00 a.m. on May 6, 2008 in Courtroom 4B, United States Courthouse Complex,

One Church Street, Montgomery, Alabama.

Done this 3rd day of April, 2008.

                    /s/Charles S. Coody
                    CHARLES S. COODY
                    CHIEF UNITED STATES MAGISTRATE JUDGE