IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA


| | |
|---|---|
| IN RE:  THE MATTER OF               ) | |
| THE SEARCH OF                           ) | CASE NO.:    2:08mj12-CSC |
|                                                          ) | |
| GOLDEN KEY TAX SERVICE      ) | *CASE UNDER SEAL* |


## MOTION TO DISMISS

COMES NOW Shannon Nelson d/b/a Golden Key Tax Service, by and through counsel, and files this Motion to Dismiss her motion for recovery or review of property without prejudice and with leave to reinstate. The Government has no objection to this motion nor does the Government object to an order allowing the Petitioner to reinstate or refile her motion.

Respectfully submitted this the 24th day of April, 2008.


/s/ George L. Beck, Jr.
GEORGE L. BECK, JR.
TERRIE S. BIGGS

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:  (334) 241-8002
Facsimile:  (334) 241-8202
Email:  glb@chlaw.com
Email:  tsb@chlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Nathan D. Stump
      Assistant United States Attorney
      131 Clayton Street
      Montgomery, AL 36104-3429
      Email: nathan.stump@usdoj.gov

      /s/ George L. Beck, Jr.
      OF COUNSEL