IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: THE MATTER OF ) | |
| THE SEARCH OF ) | |
| ) | CASE NO.: 2:08mj12-CSC |
| ) | |
| GOLDEN KEY TAX SERVICE ) | |

**ORDER**

Upon consideration of motion to dismiss Golder Key Tax Service's motion for recovery or review of property without prejudice and with leave to reinstate (doc. # 13), it is

ORDERED that the motion be and is hereby GRANTED.

Done this 25th day of April, 2008.


　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE