IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: THE MATTER OF ) | |
| THE SEARCH OF ) | |
| ) | CR. NO. 2:08mj12-CSC |
| ) | |
| GOLDEN KEY TAX SERVICE ) | |

**O R D E R**

Oral argument on the motion to return seized property is presently set for 10:00 a.m. on May 6, 2008. On April 25, 2008, the court entered an order granting the motion to dismiss the motion for recovery or review of property. *See* Doc. # 14. Accordingly, it is

ORDERED that oral argument on the motion to return seized property be and is here CANCELLED.

Done this 28th day of April, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE